IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL BOZZELLI, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 07-3530 |
| | : | |
| EDWARD KLEM, et al., | : | |
| Respondents. | : | |

ORDER

AND NOW, this 28th day of February, 2008, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response thereto, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated January 25, 2008, IT IS HEREBY ORDERED that:

      1. the R&R is APPROVED and ADOPTED;

      2. objections are overruled;

      3. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

      4. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Edmund V. Ludwig
EDMUND V. LUDWIG, J.